| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | | Case No. 5:23-cv-01330 JGB (SPx) |
| | Plaintiff, | |
| v. | | **JUDGMENT** |
| P&I FOREVER CORP d/b/a QUALITY CIGARETTES and ELHAMY S. YOUSSEF, | | |
| | Defendants. | |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff;

3. Plaintiff is **AWARDED** $150,925.28, consisting of $150,000 in damages and $925.28 in costs; and

//

//

//

4. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendants. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated: January 25, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge